Howell W. Woltz, TEP
Federal Corrections Institute-Beckley
P.O. Box 350
Beaver, WV 25813

Civil Action No. 5:09-1177

FILED
OCT 28 2009
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

October 23, 2009

Hon. R. Clarke VanDervort
U.S. District Court-S-WV
P.O. Box 4128
Bluefield, WV 24702

Dear Judge VanDervort:

Re: Motion for Declaratory Judgment
Case No. 5:09cv209

    I am grateful for the opportunity you gave me to apply to your court for relief in this matter. Hopefully, this Motion for Declaratory Judgment will not be perceived negatively, but I near the end of my fourth year in captivity for something that never was. All but 14 of those months were spent in local jails and detention centers all over America, for tactical or punitive reasons. The move back to Beckley in late August, was my 25th move between jails and prisons, for no reason other than to disrupt. The writ of several months this year had no known purpose either, but to delay justice in my case.
    I've missed four important years of my children's lives, including state championships, high school graduations, and more recently, my daughter's graduation from my old alma mater down in Charlottesville. I'm tired, have had no dental care in all of those years, and still have an unattended broken shoulder from the dangerous joyride this summer, twice around the United States.
    Your assistance in putting a prompt end to this nightmare would be most appreciated. Apparently, even government has conceded my innocence as you'll read within, but the conflicted court, as predicted, continues to refuse to respond.
    The court's attention to this matter would be met with sincere gratitude.

Thank you,

Howell W. Woltz, TEP